# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD HUDSON

NO. 2021 KW 1225

DECEMBER 20, 2021

---

In Re: Richard Hudson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 13-00990.

---

BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT